DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of A.G. and T.R.G., children
_____

J.R,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and GUARDIAN AD LITEM
PROGRAM,

Appellees.


No. 2D2025-2424

_____

March 4, 2026


Appeal from the Circuit Court for Hillsborough County; Daryl M. Manning, Judge.

Constance Daniels of Law Office of Constance Daniels, Brandon, for Appellant.

Mary Soorus of Children's Legal Services, Tampa, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb of Statewide Guardian ad Litem Office, Tallahassee; and Khairiya C. Bryant-Jackson of Statewide Guardian ad Litem Office, Defending Best Interests, Orlando, for Appellee Guardian ad Litem Program.

PER CURIAM.

Affirmed.

NORTHCUTT, MORRIS, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.